# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS PATTON,,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                             1:09cv280

ALVIN W. KELLER, JR., et al,

    Respondent(s).

DECISION BY COURT. This action having come before the Court by Memorandum of and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/25/2011 Order.

                                                  Signed: March 25, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court