IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv280

| | |
|---|---|
| DENNIS PATTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ALVIN W. KELLER, JR., ) | |
| Secretary of NCDOC and ) | |
| VANESA GILBERT, Captain ) | |
| of Henderson County Jail, ) | |
| ) | |
| Respondents. ) | |

**THIS MATTER** is before the Court upon the Petitioner's Application for Certificate of Appealability [Doc. 17].

On March 25, 2011, the Court entered an Order denying the Petitioner's petition for a writ of habeas corpus. [Doc. 14]. In that Order, the Court declined to issue a certificate of appealability. [Id. at 17]. The Petitioner has filed an appeal from the Order denying his habeas petition and moves the Court to issue a certificate of appealability. [Doc. 17].

For the reasons stated in the Court's prior Order [Doc. 14], the Court finds that it is clear that Petitioner is not entitled to relief on his claim, and

that the Petitioner has not made a substantial showing of a denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong). Accordingly, the Court declines to issue a certificate of appealability in this case. See Rule 11(a), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS, THEREFORE, ORDERED** that Petitioner's Application for Certificate of Appealability [Doc. 17] is **DENIED**.

**IT IS SO ORDERED.**

Signed: May 10, 2011

Martin Reidinger
United States District Judge